IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ERIC WALLACE**                                                                            **PETITIONER**

**V.**                                          **CAUSE NO. 3:15-CV-669-CWR-RHW**

**SUPERINTENDENT BANKS;**                                 **RESPONDENTS**
**ATTORNEY GENERAL OF THE STATE**
**OF MISSISSIPPI**

## ORDER LIFTING STAY

On September 20, 2016, this Court entered an order staying this case to allow Petitioner Eric Wallace to exhaust his ineffective assistance of counsel ground in state court. Docket No. 15. Wallace subsequently filed for post-conviction relief in state court. Docket No. 19-1. On August 23, 2017, the Mississippi Supreme Court entered an order denying Wallace's Application for Leave to Proceed in the Trial Court. *Id*. Respondents then filed a Notice of Ruling to notify this Court of that decision. Docket No. 19.

Because Wallace has now exhausted his ineffective assistance of counsel ground in state court, the stay imposed by the September 20, 2016 order is hereby lifted. The case is submitted to the Magistrate Judge for further proceedings.

**SO ORDERED**, this the 27th day of September, 2017.

                                                                    s/ Carlton W. Reeves
                                                                    UNITED STATES DISTRICT JUDGE