UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ERIC WALLACE                                                                                    PLAINTIFF

VS.                                                    CAUSE NO. 3:16-cv-00669-CWR-RHW

BANKS, ET AL.                                                                                DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert H. Walker. Docket No. 28. After examining the record evidence in this case, he recommended that Eric Wallace's 28 U.S.C. § 2254 petition for writ of habeas corpus be denied. *Id*. Wallace has objected to the Report and Recommendation. Docket No. 31.

Having fully reviewed the Report and Recommendation, as well as the arguments contained in Wallace's objection, the Court concludes that the Report and Recommendation is well-reasoned and legally correct, and therefore overrules the Plaintiff's objection. The Magistrate Judge's Report and Recommendation is adopted fully as this Court's own Order. Accordingly, it is ordered that Plaintiff's writ of habeas corpus be denied and dismissed with prejudice. A separate Final Judgment shall issue this day. No Certificate of Appealability shall issue.

**SO ORDERED AND ADJUDGED**, this the 13th day of August, 2018.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE